IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TANYA KENT, and
LELAN PATE

        Plaintiffs,

                              Case No. 13-CV-55

vs.

WISCONSIN PRIDE STONE, LLC, and
DALE EINERSON

        Defendants.

---

DEFAULT JUDGMENT

---

This action came for consideration before the Court with District Judge Barbara B. Crabb presiding. The issues have been considered and decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of the Plaintiffs and against Defendants Wisconsin Pride Stone, LLC and Dale Einerson in the amount of $83,899.30.

Dated this 10th day of April, 2013.

                                                      Barbara B. Crabb
                                                      U.S. District Judge

Judgment entered this   10th   day of April, 2013.

  /s/
Peter Oppeneer, Clerk of Court